```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


DAWN PENNING,                    )
                                 )
              Plaintiff,         )
                                 )
         v.                      )    No.  4:10CV2318 FRB
                                 )
MERCANTILE ADJUSTMENT BUREAU, LLC,)
                                 )
              Defendant.         )
```

## ORDER

In accordance with plaintiff's Notice of Voluntary Dismissal (Doc. #4),

**IT IS HEREBY ORDERED** that plaintiff's claims are dismissed with prejudice; each party to bear its own court costs.

_/s/ Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE

Dated this  _7th_  day of March, 2011.